UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DANA L. GULLEY,<br><br>   Defendant. | Case No. 13-cr-40002-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Dana L. Gulley's motion for an extension of time to file an appeal (Doc. 86). Federal Rule of Appellate Procedure 4 sets forth the timing rules relating to notices of appeal. Rule 4(b)(1) provides that, in a criminal case, generally a defendant must file any notice of appeal within 14 days of the later of (1) entry of the judgment or order from which the appeal is taken or (2) the government's notice of appeal. Fed. R. App. P. 4(b)(1)(A). The Court may extend the time to file a notice of appeal for excusable neglect or good cause. Fed. R. App. P. 4(b)(4). The Court may extend the deadline for no more than 30 days from the expiration of the 14-day period. *Id.*

The Court sentenced Gulley on June 5, 2014, and has not yet entered a written judgment. The Court finds good cause for extending the appeal deadline to give counsel adequate time to discuss the advisability of an appeal with Gulley. Accordingly, the Court **GRANTS** the motion (Doc. 86) and **ORDERS** that Gulley shall have an additional 30 days to file her notice of appeal.

**IT IS SO ORDERED.**
**DATED:   June 12, 2014**

                s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**